UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Walls,**

          Plaintiff(s),                    CASE NO. 06-cv-12441

v.                                       JUDGE Denise Page Hood

United States of America, et al,

          Defendant(s).

                                    **/**

## NOTICE OF CORRECTION

Docket entry numbers [2 & 3], entered on [7/3/2006], was corrected.  The

explanation for the correction is stated below.

| | |
|---|---|
| **X** | The docket entries were made on the wrong case. |
| | The corresponding document image was missing or incomplete. |
| | The wrong document image was associated. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed *(specify what was changed and why)* |
| | Other: |

No further action is required.  If you need further clarification or assistance, please

contact [Nicole Hollier] at [(313)234-5010].

                              DAVID J. WEAVER, CLERK OF COURT

                              By s/ Nicole Hollier
                              Deputy Clerk

Date:  July 3, 2006