# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**FELIX WALLS,**

        **Petitioner,**

**v.**                                    **CASE NO. 2:06-CV-12441**
                                          **HONORABLE DENISE PAGE HOOD**
                                          **UNITED STATES DISTRICT COURT**

**UNITED STATES OF AMERICA,**
**et. al.,**

        **Respondents,**
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on June 30, 2006.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan, this 30th day of June, 2006.

        **DAVID J. WEAVER**
        **CLERK OF THE COURT**

**APPROVED:**

        **BY: s/ Wm. F. LEWIS**
        **DEPUTY CLERK**

**s/ DENISE PAGE HOOD**
**DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**